Submitted November 7, reversed December 10, 2008

In the Matter of P. J. Y.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

P. J. Y.,
*Appellant.*

Multnomah County Circuit Court
080261273; A138239

197 P3d 626

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jeremy C. Rice, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

The trial court entered an order of involuntary commitment on the ground that appellant is a danger to himself because of a mental disorder. On appeal, appellant contends that there is insufficient evidence to support the trial court's order. The state agrees. On *de novo* review, so do we.

Reversed.